# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 12, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146234(45)

_____

NACG LEASING, f/k/a CELTIC LEASING,
LLC,

Petitioner-Appellee,

v

DEPARTMENT OF TREASURY,

Respondent-Appellant.

_____/

SC: 146234
COA: 306773
Tax Tribunal: 00-338928

On order of the Chief Justice, the motion by respondent-appellant to extend the time for filing its appeal brief is GRANTED. The brief received on July 31, 2013, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 12, 2013 _____



Clerk